**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FREDERICK UPSHAW, Jr.,

    Plaintiff,

v.                                                      CV No. 18-1233 MV/CG

BOARD OF REGENTS OF
NEW MEXICO STATE UNIVERSITY,

    Defendant.

## ORDER RESETTING INITIAL SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on review of the record, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that the Rule 16 initial scheduling conference is reset and will be held by telephone on **Tuesday, April 9, 2019, at 2:00 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE