IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FREDERICK UPSHAW, Jr.,

    Plaintiff,

v.                                                                    CV No. 18-1233 MV/CG

BOARD OF REGENTS OF
NEW MEXICO STATE UNIVERSITY,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 initial scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 7), filed March 22, 2019. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc.13).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE