# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FREDERICK UPSHAW, Jr.,

    Plaintiff,

v.                                                                                          CV No. 18-1233 MV/CG

BOARD OF REGENTS OF
NEW MEXICO STATE UNIVERSITY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND
## DEADLINE TO FILE MOTION TO COMPEL

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion to Extend Deadline for Filing Motion to Compel*, (Doc. 23), filed August 14, 2019. Defendant asks to extend its deadline to file a motion to compel from August 16 to August 30, 2019, because the parties are working to resolve the discovery dispute. *Id.* at 2. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Defendant's *Unopposed Motion to Extend Deadline for Filing Motion to Compel*, (Doc. 23), is **GRANTED** and Defendant's deadline to file a motion to compel is extended to **August 30, 2019**.

    **IT IS SO ORDERED**.

                                                          _____
                                                           THE HONORABLE CARMEN E. GARZA
                                                           CHIEF UNITED STATES MAGISTRATE JUDGE