**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FREDERICK UPSHAW, Jr.,

    Plaintiff,

v.                                    CV No. 18-1233 MV/CG

BOARD OF REGENTS OF
NEW MEXICO STATE UNIVERSITY,

    Defendant.

### ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL

**THIS MATTER** is before the Court on Defendant's *Second Unopposed Motion to Extend Deadline for Filing Motion to Compel*, (Doc. 25), filed September 3, 2019. Defendant asks to extend its deadline to file a motion to compel from August 30, 2019 to September 20, 2019, because Plaintiff has agreed to supplement his discovery responses by September 16, 2019. *Id.* at 1. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's *Second Unopposed Motion to Extend Deadline for Filing Motion to Compel*, (Doc. 25), is **GRANTED** and Defendant's deadline to file a motion to compel is extended to **September 20, 2019**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE