IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FREDERICK UPSHAW, JR.,

    Plaintiff,

v.        CV No. 18-1233 MV/CG

BOARD OF REGENTS OF
NEW MEXICO STATE UNIVERSITY,

    Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiff Frederick Upshaw's *Joint Motion to Extend Deadlines and Amend the April 10, 2019, Scheduling Order* (the "Motion"), (Doc. 33), filed October 30, 2019. The Court, having read the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that:

1. The new termination date for discovery is **December 20, 2019**; and

2. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **January 10, 2020**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE