## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FREDERICK UPSHAW, Jr.,

    Plaintiff,

v.                                                                        CV No. 18-1233 KWR/CG

BOARD OF REGENTS OF
NEW MEXICO STATE UNIVERSITY,

    Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that this case has settled. **IT IS THEREFORE ORDERED** that closing documents are to be filed **no later than March 20, 2020**, absent a request showing good cause for an extension.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE