**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FREDERICK UPSHAW, JR.,

    Plaintiff,

v.                                                       CV No. 18-1233 KWR/CG

BOARD OF REGENTS OF NEW
MEXICO STATE UNIVERSITY,

    Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the Parties' *Joint Motion to Extend Deadline to Submit Closing Documents*, (Doc. 50), filed March 18, 2020. The Court, being fully advised in the premises, finds the Motion is well-taken and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that closing documents are to be filed no later than **April 20, 2020**, absent a request showing good cause for an extension.

**IT IS SO ORDERED**.

                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE